IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BYRON FRANKLIN,

    Plaintiff,

  v.

RANDY GROUNDS, et al.,

    Defendant(s).

No. C 10-04390 CRB (PR)

ORDER

Plaintiff's request for a continuance of defendants' motion for summary judgment in order to conduct discovery is DENIED for lack of diligence. Plaintiff has had more than seven months to conduct discovery and has been granted two prior extensions of time. But in the interest of justice, he will be afforded a final extension of time until November 18, 2011 to file an opposition to defendants' motion for summary judgment. Defendants shall file a reply to any opposition within 15 days of receipt.

SO ORDERED.

DATED: Oct. 4, 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Franklin, B1.eot3.wpd