**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BYRON FRANKLIN,<br><br>    Plaintiff,<br><br>v.<br><br>RANDY GROUNDS, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-4390 CRB (PR)<br><br>**ORDER DENYING MOTION FOR AN EXTENSION OF TIME;**<br><br>**ORDER DENYING MOTION FOR THE APPOINTMENT OF COUNSEL** |

      This closed federal civil rights action was filed by a pro se state prisoner. Defendants' motion for summary judgment was granted, and judgment entered in defendants' favor, on February 10, 2012. (Docket Nos. 38 & 39).

      Plaintiff's present motion for an extension of time to file a motion for a rehearing (Docket No. 41) is DENIED for the reasons stated in defendants' opposition to such motion (Docket No. 42).

      Plaintiff's motion for the appointment of counsel is also DENIED. The decision to request counsel to represent an indigent litigant under § 1915 is within "the sound discretion of the trial court and is granted only in exceptional circumstances." Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984). A finding of the "exceptional circumstances" of the

plaintiff seeking assistance requires an evaluation of the likelihood of the plaintiff's success on the merits and an evaluation of the plaintiff's ability to articulate his claims pro se in light of the complexity of the legal issues involved.  See Agyeman v. Corrections Corp. of America, 390 F.3d 1101, 1103 (9th Cir. 2004).  Neither the need for discovery, nor the fact that the pro se litigant would be better served with the assistance of counsel, necessarily qualify the issues involved as complex.  See Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997).  Plaintiff has not shown that exceptional circumstances exist in this case.

**IT IS SO ORDERED**.

DATED:  March 7, 2012

CHARLES R. BREYER
United States District Judge